

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sedric Eugene Johnson<br><br>Plaintiff,<br>V.<br><br>Centinela State Prison; John Doe, B3-3 Booth Officer; Garcia, B3-3 Officer; Lopez, B3-3 Officer<br><br>Defendant. | Civil Action No. 17-cv-2568-CAB-WVG<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This civil action is Dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). It Is Further Ordered that Plaintiff's Motion to Proceed In Forma Pauperis (ECF Doc. No. 2) is Denied as moot and that this dismissal shall operate without prejudice to Plaintiff's pursuit of the same claims against the same parties which are currently pending in Johnson v. Doe, et al., S.D. Cal. Civil Case No. 3:17cv0889-LAB-JLB. The Clerk shall close the file.

Date: 3/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy